**FORM 9**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 09-51274 |
| | : | |
| Erica L. Louder | : | Chapter 7 |
| | : | |
| | : | Judge Charles M Caldwell |
| Debtor(s) | : | |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $___4.30___ represents the total sum of unclaimed and small dividends to this estate and is paid to the court pursuant to 11 U.S.C. Sec.347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name And Address | Claim No. | Amount of Dividend |
|---|---|---|
| Federal Adjustment Bureau<br>4640 Executive Dr.<br>Columbus, OH 43220 | 1 | $2.15 |
| Nationwide Energy Partners<br>230 West St., Ste 150<br>Columbus, OH 43215 | 2 | $2.15 |

| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $_____4.30_____ | $_____ |

Dated:  3/22/10            Case Trustee:/s/Christal L. Caudill
                           Christal L. Caudill
                           2130 Arlington Ave.
                           Columbus, Ohio 43221

cc:

U.S. Trustee
170 N. High St.
Suite 200
Columbus, Ohio 43215